

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00332-CV

Lee B. **WHEELER,** Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**San Miguel Electric Cooperative, Inc.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellee's third motion for extension of time to file its brief is GRANTED. Appellee's brief is due January 31, 2020. No further extensions of time will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court